### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LIUFANG HUA, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-6921 |
| | ) |
| v. | ) Honorable John F. Kness |
| | ) |
| ARTHUR J. GALLAGHER & CO., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT ARTHUR J. GALLAGHER & CO.'S
### MOTION FOR SUMMARY JUDGMENT

Defendant, Arthur J. Gallagher & Co. ("Defendant"), by counsel, pursuant to Fed. R. Civ. P. 56 and N.D. Ill. L.R. 56.1, respectfully requests the Court enter summary judgment in Defendant's favor on all counts of Plaintiff Liufang Hua's Complaint (**Dkt. 1**). Defendant submits that, for the reasons explained in Defendant's Memorandum of Law in Support of its Motion for Summary Judgment ("Memorandum"), filed contemporaneously herewith and supported by materials attached to the Memorandum including but not limited to Defendant's Statement of Material Facts (attached to the Memorandum as Appendix A), no genuine issues of material fact exist with respect to Plaintiff's claims against Defendant, and Defendant stands entitled to judgment as a matter of law.

WHEREFORE, Defendant respectfully requests this Court enter summary judgment in its favor and against Plaintiff as to all counts of Plaintiff's Complaint, and for all other proper relief.

Respectfully submitted,

ICE MILLER LLP

*/s/ Tami A. Earnhart*
Tami A. Earnhart (*Pro Hac Vice*)
Cameron D. Ritsema (*Pro Hac Vice*)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
P: (317) 236-2100
Tami.Earnhart@icemiller.com
Cameron.Ritsema@icemiller.com

Heather Maly (ARDC #6297103)
ICE MILLER LLP
200 West Madison, Suite 3500
Chicago, IL 60606
P. 312-726-8107
Heather.Maly@icemiller.com

*Attorneys for Defendant*